IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 94-cv-0003-ZLW

JOHN G. WESTINE,

    Petitioner,

v.

W.A. PERRILL,

    Respondent.

_____

ORDER
_____

It is ORDERED that Petitioner's Motion To Reopen Via Federal Rule Civil Procedure 60(b) . . . (Doc. No. 52) is denied.

DATED at Denver, Colorado, this __10__ day of May, 2006.

BY THE COURT:

*[signature: Zita L. Weinshienk]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court